
FILED
OCT 23 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Civil No. 1:16-cv-00156-SPW-TJC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DON A. KAUTZMANN | |
| Defendant. | |

On October 13, 2017, the United States and Don A. Kautzmann filed a Stipulation for Entry of Judgment. In light of the Stipulation, it is hereby ORDERED AND ADJUDGED as follows:

1. Judgment is hereby entered in favor of the United States and against Don A. Kautzmann for the 2004 through 2009 tax years in the amount of $158,812.08, as of September 14, 2017, plus statutory interest which continues to accrue as provided by 26 U.S.C. §§ 6601, 6621, & 6622, and 28 U.S.C. § 1961(c) and other statutory additions as provided by law.

2. Each party shall bear its own respective costs and attorney's fees incurred with respect to this litigation.

Dated this 23rd day of October, 2017.

Susan P. Watters
United States District Judge